UNITED STATES of America,
Plaintiff–Appellee,

v.

Ernest Lee LINTON, Defendant–
Appellant.

No. 08–13589
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 2, 2009.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Ernest Lee Linton, Defuniak Spgs, FL, pro se.

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Ernest Lee Linton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Linton's convictions and sentences are **AFFIRMED.**